**Draper and Kramer, Inc., Appellant, v. Joseph Barnett and Essie Barnett, Appellees.**

Gen. No. 40,266.

614

 opinion filed October 25, 1939; rehearing denied November 9, 1939. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellant; Herbert M. Lautmann and Jesse H. Brown, of counsel; Rosenthal, Hamill, Eldridge & King, for appellees; Willard L. King and Newell A. Clapp, of counsel. Opinion by JUSTICE BURKE. ''Not to be published in full.''